## 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

### ROSE v. COMMONWEALTH.

January 17, 1907.

This case is controlled by *Fletcher* v. *Commonwealth, ante,* page 840.

Error to a judgment of the Circuit Court of Warren county imposing a fine on the plaintiff in error for the unlawful sale of intoxicating liquors.

*Affirmed.*

*Byrd & Forsythe,* for the plaintiff in error.

*Attorney-General William A. Anderson,* for the Commonwealth.

KEITH, P., delivered the opinion of the Court.

This case is affirmed, for reasons stated in writing and filed with the record in the case of *Fletcher* v. *Commonwealth,* this day decided.

*Affirmed.*